JOHN W. HUBER, United States Attorney (#7226)
HOLLY R. SHICK, Assistant United States Attorney (Licensed in the District of Columbia, provisionally admitted in Utah)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Holly.Shick@usdoj.gov

FILED
U.S. DISTRICT COURT

2015 NOV 10 P 3: 29

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOLATIONS: |
| | 18 U.S.C. § 2423(b) |
| vs. | (Travel with Intent to Engage in Illicit Sexual Conduct) (Counts 1, 2, 3); |
| | 18 U.S.C. § 2422(b) |
| ROBERT WAYNE FOLSOM, | (Coercion and Enticement) |
| Defendant. | (Count 4) |

Case: 1:15-cr-00085
Assigned To : Parrish, Jill N.
Assign. Date : 11/10/2015
Description: USA v.

The Grand Jury Charges:

## COUNT 1
Travel with Intent to Engage in Illicit Sexual Conduct
(18 U.S.C. § 2423(b))

On a date unknown to the Grand Jury between on or about February 1, 2015, and on or about February 28, 2015, in the Central Division of the District of Utah and elsewhere,

ROBERT WAYNE FOLSOM,

defendant herein, traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with K.B., as defined in 18 U.S.C. § 2423(f); all in violation of 18 U.S.C. § 2423(b).

## COUNT 2
Travel with Intent to Engage in Illicit Sexual Conduct
(18 U.S.C. § 2423(b))

On a date unknown to the Grand Jury between on or about May 1, 2015, and on or about May 29, 2015, in the Central Division of the District of Utah and elsewhere,

ROBERT WAYNE FOLSOM,

defendant herein, traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with K.B., as defined in 18 U.S.C. § 2423(f); all in violation of 18 U.S.C. § 2423(b).

## COUNT 3
Travel with Intent to Engage in Illicit Sexual Conduct
(18 U.S.C. § 2423(b))

On or about July 24, 2015, in the Central Division of the District of Utah and elsewhere,

ROBERT WAYNE FOLSOM,

defendant herein, traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with K.B., as defined in 18 U.S.C. § 2423(f); all in violation of 18 U.S.C. § 2423(b).

## COUNT 4
Coercion and Enticement
(18 U.S.C. § 2422(b))

Between on or about February 1, 2015, and on or about July 24, 2015, in the Central Division of the District of Utah,

ROBERT WAYNE FOLSOM,

the defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual, K.B., who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a

criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation of 18 U.S.C. § 2422(b).

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
HOLLY R. SHICK
Assistant United States Attorney