KATHRYN N. NESTER, Federal Public Defender (#13967)
ROBERT L. STEELE, Assistant Federal Public Defender (#5546)
**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

---

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WAYNE FOLSOM, <br><br> Defendant. | **DEFENDANT'S POSITION WITH RESPECT TO PRESENTENCE REPORT** <br><br> Case No. 1:15 CR 85 JNP <br><br> Honorable Jill N. Parrish |

Defendant, Robert Wayne Folsom, by and through his counsel of record, Robert L. Steele, pursuant to DUCrimR 32-1(b) of the Criminal Rules of Practice of the United States District Court for the District of Utah, states that, after reviewing the Presentence Report prepared by the United States Probation Office, no sentencing factors as described in the report are disputed by the Defendant.

DATED this 23rd day of June, 2016.

                                                   / s / *Robert L. Steele*
                                                 ROBERT L. STEELE
                                                 Assistant Federal Defender